UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Brian Whitaker**, | Case: No.4:21-CV-07972-SBA |
| Plaintiff, | |
| v. | **ORDER GRANTING JOINT STIPULATION TO EXTEND SITE INSPECTION DEADLINE** |
| **Hayes Valley Properties, LLC,** a Nevada Limited Liability Company; | |
| Defendant. | |

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED THAT:

1. The deadline to hold a joint site inspection of the premises shall be extended to and including April 30, 2022.
2. All other dates that are calculated based on the inspection date are adjusted accordingly.

IT IS SO ORDERED.

Dated: 4/14/2022

_Saundra B Armstrong_ RS
Richard Seeborg for Saundra B Armstrong
UNITED STATES DISTRICT JUDGE