UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| BRIAN WHITAKER,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>HAYES VALLEY PROPERTIES, LLC,<br><br>　　　　Defendant. | Case No: 21-cv-07972 SBA<br><br>**ORDER VACATING DATES AND SETTING DEADLINE FOR STIPULATION OF DISMISSAL** |

　　　Having received notice of the settlement of this action, see Dkt. 21, IT IS HEREBY ORDERED THAT all pending dates and deadlines are VACATED. The parties shall file a Joint Stipulation for Dismissal by October 28, 2022.

　　　IT IS SO ORDERED.

Dated: September 7, 2022

　　　　　　　　　　　　　　　　　　　_____ RS
　　　　　　　　　　　　　　　　　　　Richard Seeborg for Saundra B. Armstrong
　　　　　　　　　　　　　　　　　　　United States District Judge